**Opinion issued April 21, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00236-CV

———————————

## IN RE ARTIS CHARLES HARRELL, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Artis Charles Harrell, an inmate proceeding pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on all of Harrell's pending motions in the underlying case.[1] We deny the petition.

---

[1] The underlying case is *Artis Charels Harrell v. Jerome Godinich Jr.,* cause number 2018-30865, pending in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.